| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** |
|---|---|

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

☑ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

OCT 17 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES  ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER *(Specify below)*

IN THE CASE OF _____ v. _____

FOR _____
AT _____

LOCATION NUMBER: TUC

**PERSON REPRESENTED** *(Show your full name)*: James Edward Nichols III

1. ☑ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other *(Specify)*

**DOCKET NUMBERS**
Magistrate Judge: _____
District Court: CR12-1846-DCB-TUC
Court of Appeals: _____

**CHARGE/OFFENSE** *(describe if applicable & check box →)*  ☑ Felony  ☐ Misdemeanor

Petition

---

**ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY**

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☑ No  ☐ Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment? _____
- How much did you earn per month? $ _____
- If married, is your spouse employed? ☐ Yes  ☐ No    N/A
- IF YES, how much does your spouse earn per month? $ _____
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
- RECEIVED: $ _____
- SOURCES: _____

**CASH**
- Do you have any cash on hand or money in savings or checking accounts? ☐ Yes  ☑ No  IF YES, total amount? $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
- IF YES, give value and description for each: VALUE $ _____ DESCRIPTION _____

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ___ Single  ___ Married  ___ Widowed  ___ Separated or Divorced
- Total No. of Dependents: _____
- List persons you actually support and your relationship to them: 3 children — Jayne - 12, Saleece - 13, Navaj - 6

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| None | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

---

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): _____

Date: 10/17/16